STATE EX REL. WHEELOCK v. WILES, JUDGE

[No. 28,185. Filed May 9, 1946.]

*Orville Wheelock, pro se.*

*Allen Wiles, pro se.*

YOUNG, J.—This is an original action wherein relator asks this court to mandate respondent to appoint attorneys to prosecute an appeal for relator from a judgment in a *coram nobis* proceeding.

Under *State ex rel. Cutsinger* v. *Spencer, Judge* (1941), 219 Ind. 148, 41 N. E. (2d) 601; *State ex rel. Sawa* v. *Criminal Court of Lake County* (1941), 220 Ind. 4, 50 N. E. (2d) 971; *State ex rel. Barnes* v. *Howard* (1946), *ante,* p. 107, 65 N. E. (2d) 55, relator is not entitled to have counsel appointed by this court to prosecute such appeal. The legislature has provided a public defender to represent relator and for him to appeal in proper cases from *coram nobis* judgments. Acts of 1945, ch. 38.

Relator therefore is not entitled to the relief asked and said petition should be and is hereby denied.